I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-4-13

DEPUTY CLERK

JS-6 / Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BROWNLEE,<br><br>        Petitioner,<br><br>vs.<br><br>W. KNIPP, Warden,<br><br>        Respondent. | Case No. CV 12-0859-AG (RNB)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Dec 31, 2012

/s/ Andrew J. Guilford
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY